IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

**BENNIE PINO,**

    **Plaintiff,**

v.                                                                          **No. 22-cv-0386 DHU/SMV**

**GOVERNOR OF NEW MEXICO,**
**FNU YATES, AND**
**ALISHA TAFOYA LUCERO,**

    **Defendants.**

## ORDER TO CURE DEFICIENCY

This matter comes before the Court on Plaintiff's Prisoner Civil Rights Complaint. [Doc. 2]. To prosecute this case, Plaintiff must pay the $402 civil filing fee, or alternatively, file a motion to proceed *in forma pauperis* no later than June 24, 2022. *See* 28 U.S.C. § 1915(a)(2). Any *in forma pauperis* motion must attach an inmate account statement reflecting transactions between November 18, 2021, and May 18, 2022. All filings must include the case number (22-cv-0386 DHU/SMV). The failure to timely pay the filing fee or file an *in forma pauperis* motion that includes an inmate account statement may result in dismissal of this case without further notice.

**IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED** that, no later than **June 24, 2022**, Plaintiff must pay the $402 filing fee, or alternatively, file a motion to proceed *in forma pauperis* along with an inmate account statement reflecting transactions between **November**

**18, 2021, and May 18, 2022**. The Clerk's Office is **DIRECTED** to mail Plaintiff a blank *in forma pauperis* motion.

      **IT IS SO ORDERED.**

                                                _____
                                                **STEPHAN M. VIDMAR**
                                                **UNITED STATES MAGISTRATE JUDGE**