IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

BENNIE PINO,

    Plaintiff,

v.                                                                             No. 22-cv-0386 DHU/SMV

GOVERNOR OF NEW MEXICO,
FNU YATES, ALISHA TAFOYA LUCERO,

    **Defendants.**

### ORDER TO SHOW CAUSE

This matter comes before the Court *sua sponte* in connection with Bennie Pino's *pro se* prisoner action. The docket reflects a recent mailing to Pino was returned as undeliverable [Doc. 5]. It appears he was released from custody without advising the Court of his new address, as required by D.N.M. LR-Civ. 83.6. Pino must notify the Clerk of his new address no later than August 18, 2022. *See Bradenburg v. Beaman,* 632 F.2d 120, 122 (10th Cir. 1980) ("It is incumbent on litigants, even those proceeding *pro se*, to follow the federal rules of procedure . . . . The same is true of simple, nonburdensome local rules . . . .") (citations omitted). Failure to timely comply may result in dismissal of this action without further notice.

**IT IS THEREFORE ORDERED, ADJUDGED AND DECREED** that no later than **August 18, 2022**, Pino must notify the Clerk's Office in writing of his current address or show cause why this case should not be dismissed.

**IT IS SO ORDERED.**

_____
STEPHAN M. VIDMAR
UNITED STATES MAGISTRATE JUDGE